IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) ) ) ) | Civil Action No. 3:07-1145<br>Judge Aleta A. Trauger<br>Magistrate Judge John S. Bryant |
| AMERICA'S POWERSPORTS, INC., ) ) ) | |
| Defendant. ) | |

**ORDER**

As Plaintiff Universal Underwriters Insurance Company and Defendant America's PowerSports, Inc. have signed a stipulation of dismissal with prejudice, it is accordingly,

ORDERED that Universal Underwriters Insurance Company's Complaint against the Defendant America's Powersports, Inc. is hereby DISMISSED WITH PREJUDICE.

_____
Aleta Arthur Trauger, Judge
U.S. District Court